IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKY A. SANDERS,

    Plaintiff,

v.

CAROL HOLINKA, Warden, and
ISSAC FULWOOD, U.S. Commission
Chairman,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-173-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondents dismissing the petition for a writ of habeas corpus as moot.

_____    _____7/30/10_____
Peter Oppeneer, Clerk of Court    Date